**2009–0088. State v. Williams.**
Warren App. No. CA2008–02–029, 2008-Ohio-6195. It is ordered by the court, sua sponte, that this cause is no longer held for the decision in 2008–2502, *State v. Bodyke*, 126 Ohio St.3d 266, 2010-Ohio-2424, 933 N.E.2d 753, and briefing shall proceed.

It is ordered by the court that the Clerk shall issue an order for the transmission of the record from

the Court of Appeals for Warren County, and the parties shall brief this case in accordance with S.Ct.Prac.R. 6.2–6.4.